AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| CARL D. WRIGHT,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| | )   **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>    Defendant. | )   **CASE NO. 5:10-CV-247-D**<br>)<br>)<br>) |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 21, 2011** WITH A COPY TO:

Elizabeth F. Lunn  (via CM/ECF Notice of Electronic Filing)

Christian M. Vaineri  (via CM/ECF Notice of Electronic Filing)


January 21, 2011                                           DENNIS P. IAVARONE, Clerk
Date                                                               Eastern District of North Carolina

                                                                                     /s/Debby Sawyer
                                                                                     (By) Deputy Clerk

Raleigh, North Carolina